JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THE JOINT CORP.,

Plaintiff,

v.

SHAWN LEE NEURO CHIROPRACTIC INC., *et al.*,

Defendants.

Case No. 2:26-cv-04762-FLA (Ex)

**CONSENT JUDGMENT [DKT. 22]**

Plaintiff The Joint Corp. ("Plaintiff" or "The Joint"), and Defendants Shawn Lee Neuro Chiropractic Inc. and Shawn Lee (together, "Defendants") have reached an agreement in settlement of the trademark infringement related injunction issues in dispute between the parties in this action and have stipulated to the entry of this Permanent Injunction on Consent ("Consent Judgment") (Dkt. 22), based on the following stipulated findings, which the court hereby ADOPTS for the purpose of the entry of this injunction and judgment:

1. Defendants waive service of process of the Summons and Complaint filed by Plaintiff in this action;

2. Defendants acknowledge that in this action Plaintiff seeks a temporary restraining order, preliminary injunction and permanent injunction to enjoin Defendants from continuing to use Plaintiff's federally registered trademarks and trade name (the "Marks") following the expiration of the parties' franchise agreement;

3. The Joint and Shawn Lee Neuro Chiropractic Inc. ("SLNC") entered into a franchise agreement on or about March 9, 2015, under which SLNC was granted a non-exclusive license to use The Joint's System and The Joint® Marks, and operate a franchise at 5001 Wilshire Blvd #114, Los Angeles, CA 90036 (the "Wilshire Clinic") (the "Franchise Agreement");

4. The Franchise Agreement authorized SLNC to operate its franchise at the Wilshire Clinic for an initial term of ten (10) years or until March 12, 2025;

5. On March 9, 2025, The Joint and SLNC entered into an addendum to the Franchise Agreement that extended SLNC's initial term for one year until March 19, 2026.

6. The Franchise Agreement expired on March 19, 2026;

7. Despite the expiration of the franchise agreement, which by its terms required SLNC to immediately discontinue using or displaying the Marks, Defendants continued to use or display the Marks at the Wilshire Clinic without The Joint's authorization;

8. Defendants, their owners, employees, agents, and all those in active concert or participation with them, agree that they shall not, directly or indirectly, use, display, or otherwise associate or identify with The Joint or the Marks, at the Wilshire Clinic or at any other location or in any other manner;

9. The Joint will suffer irreparable harm and loss to its reputation and goodwill if Defendants are permitted to continue using, displaying, or otherwise associating with The Joint and the Marks at the Clinic, or in any other manner without The Joint's authorization;

10. The Joint has no adequate remedy at law;

11. The balance of the hardships in relation to the issuance of injunctive relief favors The Joint; and

12. The issuance of a permanent injunction will serve the public interest.

Based on the parties' stipulation (Dkt. 22) and agreement hereto, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Defendants and all agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from them, or in concert or participation with Defendants, shall be permanently enjoined from using the Marks, any colorable imitations thereof, or any other trademark, service mark, name, logo, design, or identifying characteristics of The Joint Chiropractic® brand and system, on or in connection with the Wilshire Clinic or in any manner that is likely to cause confusion, mistake, deception, or public misunderstanding that Defendants or their businesses are licensed, endorsed, or approved by or affiliated with Plaintiff.

2. Plaintiff and Defendants acknowledge that they have knowingly and voluntarily entered this Consent Judgment after reviewing same with their counsel or having had ample opportunity to consult with counsel. Plaintiff and Defendants understand the undertakings, obligations and terms of this Consent Judgment.

3. To the extent necessary to satisfy Defendants' compliance with this Consent Judgment, Plaintiff or its agents are authorized to enter the premises of the Wilshire Clinic, for the purpose of removing from the premises the trademarks, service marks, names, logos, designs, or other identifying characteristics of The Joint Chiropractic® brand and system, to avoid confusion, mistake, deception, or public misunderstanding that Defendants or their businesses are licensed, endorsed, or approved by or affiliated with Plaintiff.

4. Except as to Defendant's obligations set forth in this Consent Judgment, Plaintiff's requests for injunctive relief, as sought in the Complaint, are hereby dismissed with prejudice. No appeals shall be taken from this Consent Judgment, and Plaintiff and Defendants hereby waive all rights to appeal from or to request reconsideration of this Consent Judgment.

This court shall retain jurisdiction over this matter to enforce a violation of this Consent Judgment's terms. If any such violation occurs, the court may award, (a) an amount the court deems adequate to compensate Plaintiff for such breach; as well as (b) injunctive relief enjoining any further violation of this Consent Judgment, or such modifications to the Consent Judgment as the court deems appropriate; (c) attorneys' fees, costs and disbursements, as determined by the court; and (d) such other relief as the court deems just and proper.

IT IS SO ORDERED.

Dated: July 24, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge